UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT R TOLAN, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. H-09-1324 |
| § | |
| JEFFREY WAYNE COTTON, *et al*, § | |
| § | |
| Defendants. § | |

## FINAL SUMMARY JUDGMENT

Summary Judgment having been granted in the Court's Opinion and Order of this date, it is hereby ORDERED that Plaintiffs Robert R. Tolan, Marian Tolan, Bobby Tolan, and Anthony Cooper take nothing of Defendants Jeffrey Wayne Cotton and John C. Edwards and shall pay the costs of action.

This is a Final Judgment.

SIGNED at Houston, Texas, this 31st day of March, 2012.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE