UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT R TOLAN, MARIAN TOLAN, BOBBY TOLAN, and ANTHONY COOPER § § § Plaintiffs, § VS. § JEFFREY WAYNE COTTON, JOHN C. § EDWARDS, and THE CITY OF BELLAIRE, § TEXAS. § § Defendants. § | CIVIL ACTION NO. H-09-1324 |

## AMENDED FINAL SUMMARY JUDGMENT

Summary Judgment having been granted in the Court's (Corrected) Opinion and Order of the 31st day of March, 2012, it is hereby ORDERED that Plaintiffs Robert R. Tolan, Marian Tolan, Bobby Tolan, and Anthony Cooper take nothing of Defendants Jeffrey Wayne Cotton and John C. Edwards and shall pay the costs of action.

It is further ORDERED that pursuant to Rule 54(b), the Court expressly determines that there is no just reason for delay, and directs entry of a FINAL JUDGMENT as to all claims of Robert R. Tolan, Marian Tolan, Bobby Tolan, and Anthony Cooper against Jeffrey Wayne Cotton and John C. Edwards.

SIGNED at Houston, Texas, this 30th day of April, 2012.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE