# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 5, 2014

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 1 2 2014

Re:  Robert R. Tolan
     v. Jeffrey Wayne Cotton
     No. 13-551
     (Your No. 12-20296)

David J. Bradley, Clerk of Court

Dear Clerk:

The motion of NAACP Legal Defense and Educational Fund, Inc. for leave to file a brief as amicus curiae is granted.  The Court today filed an opinion per curiam vacating and remanding the case for further proceedings consistent with the opinion which can be found on the Court's website.

The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45.  Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

Scott S. Harris

Clerk of the Court, Clerk

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

May 06, 2014



Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 12-20296   Robert Tolan, et al v. Jeffrey Cotton, et al  
                      USDC No. 4:09-CV-1324

Dear Mr. Bradley,

Enclosed is a copy of the Supreme Court order granting certiorari.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       *Lisa D Landry*

By: _____  
Lisa G. Landry, Deputy Clerk  
504-310-7649