Case 4:09-cv-01324   Document 243   Filed in TXSD on 11/04/15   Page 1 of 1
Case 4:09-cv-01324   Document 239-1   Filed in TXSD on 10/29/15   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 05, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT R. TOLAN, MARIAN TOLAN, BOBBY TOLAN, AND ANTHONY COOPER, <br><br> Plaintiffs, <br><br> VS. <br><br> JEFFREY WAYNE COTTON; JOHN C. EDWARDS; RANDALL C. MACK, CHIEF OF POLICE; BYRON HOLLOWAY, ASSISTANT CHIEF OF POLICE; CYNTHIA SIEGEL, MAYOR; BERNARD SATTERWHITE, CITY MANAGER; THE CITY OF BELLAIRE; AND THE BELLAIRE POLICE DEPARTMENT, <br><br> Defendants. | CIVIL ACTION NO. 4:09-1324 <br><br><br><br><br><br> JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL AND FINAL JUDGMENT

It is **ORDERED** that Plaintiffs' claims against Defendants are dismissed with prejudice. It is further;

**ORDERED** that all taxable costs, including attorney's fees and expenses, are to be taxed against the party incurring the same. It is further;

**ORDERED** that this is a **FINAL JUDGMENT**.

SIGNED this 4 day of ~~October,~~ November 2015.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE

- 3 -